IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| MATTHEW HARRISON,<br>   Plaintiff,<br><br> v.<br><br>AKMG, LLC and MELISSA HARJUNG<br>aka MELISSA NEUPERT,<br>   Defendants. | Case No.  19 cv 50164<br>consolidated with 19 cv 50163 |
| AKMG, LLC and MELISSA HARJUNG<br>aka MELISSA NEUPERT,<br>   Third Party-Plaintiffs,<br><br> v.<br><br>MATTHEW HARRISON, JONATHON<br>PAWLAK and STEVEN SLAGLE,<br>   Third Party-Defendants. | |

## AGREED ORDER

This matter coming to be heard upon Plaintiff's Routine Motion for Voluntary Dismissal of Complaint, the Plaintiff having represented to the Court that the parties have settled this matter, and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED:**

1. The Plaintiff's Motion for Voluntary Dismissal is granted.

2. The Plaintiffs Complaint and the Defendants Third Party Complaint for Contribution are hereby dismissed with prejudice, with each party to bear its own costs.

3. All future court dates in this matter are hereby stricken.

Page 1

ENTER:

DATE: Jan. 30, 2020

_____
U.S. District Judge